IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
19 MAR -5 AM 11:51
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Dkt. No. A-14-CR-094-SS (01)-SS |
| | § | 7:19-CR-055 |
| NATALIE REYES | § | |

### TRANSFER OF JURISDICTION

On this day came on to be considered the above-styled and numbered cause. The Defendant, Natalie Reyes, was sentenced on July 1, 2014, in the United States District Court of the Western District of Texas, Austin Division, Docket No. A-14-CR-094(01)-SS, and she was sentenced to 87 months imprisonment and 4 years supervised release. The Defendant is currently supervised by the United States Probation Office in the Midland/Odessa Division. The Judge and the Probation Department of both the Austin and the Midland/Odessa Divisions believe that transfer of jurisdiction of this case would be more efficient and would expedite any proceedings that may arise from the supervision of the defendant. Therefore, the Court finds that jurisdiction of this case should be transferred from the Austin Division to the Midland/Odessa Division.

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby, TRANSFERRED to the Midland/Odessa Division of the Western District of Texas.

It is further ORDERED that the United States District Clerk's Office in Austin, Texas, transfer the file to the United States District Clerk's Office in Midland, Texas.

SIGNED AND ENTERED this 5th day of March, 2019.

_____
HONORABLE SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE